UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA                                                                         PLAINTIFF

vs.                                                                              CIVIL NO. 3:24CV105-GHD-JMV

MONIES CREDITED TO FIRST NATIONAL
BANK CHECKING ACCOUNT ENDING 2095                                        DEFENDANT

## DEFAULT JUDGMENT OF FORFEITURE

An Amended Verified Complaint for Forfeiture *in rem* was filed on April 18, 2024, against the defendant property. The complaint alleges that the defendant property is subject to forfeiture pursuant to pursuant to 18 U.S.C. §981 because it constitutes personal property that represents or is traceable to the gross receipts obtained, directly or indirectly, from violations of 18 U.S.C. § 1343 (wire fraud). Additionally, or in the alternative, the property constitutes property involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 and 1957 (money laundering).

The Clerk of Court, upon review of this matter, finds as follows:

1. Pursuant to a Warrant for Arrest In Rem, the United States liquidated the defendant property and seized the sum of $27,551.46.

2. That pursuant to Fed. R. Civ. P. 55(b)(1), the Clerk of the Court has the authority to enter a Default Judgment of Forfeiture as the Plaintiff=s claim is for a sum certain, namely the following property:

> **All monies credited to First National Bank Checking Account ending 2095 totaling $27,551.46**

3. The Plaintiff has complied with the noticing requirements of Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4. That a Request for Clerk=s Entry of Default, with the attached Declaration of Samuel D. Wright, is on file in the office of the Clerk of this Court in this cause.

5. On August 21, 2024, the Clerk of the Court properly entered a Default against the defendant property as no claim, answer or defense was filed by the above-stated dates or within the time permitted by Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims. [Dkt. 4].

6. The United States has requested and is entitled to the entry of a Default Judgment of Forfeiture pursuant to Fed. R. Civ. P. 55 (b)(1).

It is, therefore:

**ORDERED AND ADJUGED** that the defendant property, namely:

> **All monies credited to First National Bank Checking Account ending 2095 totaling $27,551.46**

shall be and is hereby **FORFEITED** to the United States of America and no right, title or interest in the defendant property shall exist in any other person or party.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant property forfeited to the United States shall be disposed of by the United States in accordance with applicable law.

SO ORDERED AND ADJUDGED this the 22nd day of August, 2024.

s/ DAVID CREWS
CLERK OF COURT by LGM